Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

Cambridge Isotope Laboratories, Inc.,
                              **Plaintiff,**

v.

**UNITED STATES,**
                              **Defendant.**

**S U M M O N S**

23-00080

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                      /s/ **Mario Toscano**
                                      Clerk of the Court

1.   Cambridge Isotope Laboratories, Inc.
     (Name and standing of plaintiff)

2.   Plaintiff contests the Department of Commerce's final ruling, dated March 16, 2023, that its "15N ammonium sulfate istope" is within the scope of the antidumping order on Ammonium Sulfate from the PRC ("the Order").
     (Brief description of contested determination)

3.   March 16, 2023
     (Date of determination)

4.   N/A
     (If applicable, date of publication in Federal Register of notice of contested determination)

/s/George R. Tuttle, III
Signature of Plaintiff's Attorney

04/12/2023
    Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney
George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Ste. 310
San Rafael, CA 94903
(415) 986-8780
Email: geo@tuttlelaw.com

**SEE REVERSE SIDE**

0189866.pdf

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, New York 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20229

General Counsel
Office of the General Counsel
U.S. Department of Commerce
Room 5870
14th & Constitution Ave., N.W.
Washington, D.C. 20230

Stephen J. Orava, Esq.
Committee for Fair Trade in Ammonium Sulfate
King & Spalding
1700 Pennsylvania Avenue, NW
Washington, D.C.  20006-4706

0189866.pdf

## Certificate of Service

I, George R. Tuttle, III, counsel for Plaintiff, Cambridge Isotope Laboratories, Inc., certify that on April 12, 2023, a copy of the foregoing Summons, Form 5, Form 11 and Form 13 were served on the counsel to defendant in this matter, and pursuant to Rule 3(f) of the Rules of the United States Court of International Trade, on the following interested parties to the challenged determination, *Antidumping Duty and Countervailing Duty Orders on Ammonium Sulfate from the People's Republic of China: Final Scope Ruling on Cambridge Isotope Laboratories, Inc. $^{15}N$ Enriched Ammonium Sulfate*, by being placed in the U.S. Mail, certified, return-receipt requested, first class postage pre-paid and addressed as follows:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, New York  10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20229

General Counsel
Office of the General Counsel
U.S. Department of Commerce
Room 5870
14th & Constitution Ave., N.W.
Washington, D.C. 20230

Stephen J. Orava, Esq.
Committee for Fair Trade in Ammonium Sulfate
King & Spalding
1700 Pennsylvania Avenue, NW
Washington, D.C.  20006-4706

Dated:  April 12, 2023

/s/ George R. Tuttle, III
George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Ste. 310
San Rafael, CA 94903