UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMBRIDGE ISOTOPE LABORATORIES, INC., : : : Plaintiff : : v. : : UNITED STATES, : Defendant. : | : : Court No: 23-00080 |

# COMPLAINT

Plaintiff, Cambridge Isotope Laboratories, Inc. ("Cambridge"), by and through the undersigned counsel, alleges and states as follows:

ADMINISTRATIVE DECISION TO BE REVIEWED

1.  Cambridge brings this Complaint to contest a final scope ruling issued by the International Trade Administration of the United States Department of Commerce ("Department") holding that its Product NLM-713-10 consisting of an enriched 15N Ammonium Sulfate Isotope, or $(^{15}NH_4)_2SO_4$ (referred to herein as "$^{15}$N Ammonium sulfate") falls within the scope of the Antidumping Duty ("ADD") of *Ammonium Sulfate from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 82 FR 13094 (March 9, 2017).

JURISDICTION

2.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c) and Section 516A(a)(2)(B)(vi) of the Tariff Act of 1930, as amended ("Tariff Act") (19 U.S.C. § 1516a(a)(2)(B)(vi)).

## STANDING OF PLAINTIFF

3. Cambridge is an importer of $^{15}N$ Ammonium sulfate isotope, or "$(^{15}NH_4)_2SO_4$" that was subject to the administrative scope proceeding and found to be within the scope of the *Orders*. Cambridge participated in the subject administrative scope proceeding and is an "interested party" within the meaning of Section 771(9)(A) of the Tariff Act, 19 U.S.C. § 1677(9)(A), and, accordingly, has standing pursuant to Section 516A(d) of the Tariff Act (19 U.S.C. § 1516a(d)) and 29 U.S.C. § 2631(c) to bring this action.

## TIMELINESS OF THIS ACTION

4. The contested *decision* that is the subject of this action was issued by the Department on March 16, 2023. On or about April 12, 2023, Cambridge filed its Summons with this Court, commencing this action within 30 days of the date of notice of the *Final Scope Ruling on Cambridge Isotope Laboratories, Inc. 15N Enriched Ammonium Sulfate.* Therefore, both the Summons and Complaint have been timely filed pursuant to Rules 3(a)(2) and 6(a) of this Court and Section 516A(a)(2)(A)(ii) of the Tariff Act, 19 U.S.C. § 1516a(a)(2)(A)(ii).

## BACKGROUND

5. On March 9, 2017, the Department issued AD and CVD Orders on Ammonium Sulfate from the People's Republic of China. *See Ammonium Sulfate from the People's Republic of China: Antidumping Duty and Countervailing Duty Orders, 82 FR 13094 (March 9, 2017)* (the "Orders").

6. The Department defined the scope of the Order, *as:*

> **Scope of the Orders**
> The merchandise covered by these orders is ammonium sulfate in all physical forms, with or without additives such as anti-caking

>agents. Ammonium sulfate, which may also be spelled as ammonium sulphate, has the chemical formula (NH4)2SO4 . . .
>
> * * *
>
>The Chemical Abstracts Service (''CAS'') registry number for ammonium sulfate is 7783–20–2.

7. On November 11, 2022, Cambridge filed a scope ruling application requesting the Department determine whether its enriched 15N Ammonium Sulfate Isotope, or $(^{15}NH_4)_2SO_4$ (referred to herein as "$^{15}$N Ammonium sulfate") used in laboratory research is subject to the antidumping duty and CVD Orders on Ammonium Sulfate from the People's Republic of China. 82 FR 13094 (March 9, 2017).

8. On March 16, 2023, the Department issued its determination that the $^{15}$N Ammonium Sulfate Isotope imported by Cambridge Isotope Laboratories, Inc. (CIL) is within the scope of the antidumping duty (AD) and countervailing duty (CVD) orders on ammonium sulfate from the People's Republic of China (China), stating:

>the enriched 15N ammonium sulfate would not be outside the scope of the chemical formula defined in the language of the scope of the Orders, because CIL has explained that the ammonium in this formula (NH$_4$)$_2$SO$_4$ already includes 15N just with an increased concentration of 15N. Therefore, based on record evidence, by definition enriched $^{15}$N ammonium sulfate is still ammonium sulfate, and the scope of the Orders includes "ammonium sulfate in all physical forms." [footnotes omitted.]
>
> * * *
>
>Accordingly, after considering the plain language of the scope of the Orders, and the description of the product contained in the scope ruling request, we have determined that the language of the scope of the Orders is dispositive in determining whether CIL's enriched 15N ammonium sulfate is within the scope of the Orders. Thus, for this determination, Commerce finds it unnecessary to consider the arguments CIL raises regarding the end uses of enriched 15N ammonium sulfate.

## STATEMENT OF THE CLAIMS
### COUNT ONE

9.  Paragraphs 1 through 8 are adopted and incorporated herein by reference

10. The Department's decision to include enriched 15N Ammonium Sulfate Isotope, chemical formula "($^{15}NH_4)_2SO_4$) in the scope of the *AD and CVD Order on Ammonium Sulfate from the People's Republic of China* is "unsupported by substantial evidence on the record, or otherwise not in accordance with law."

11. [I]f an agency's statutory interpretation promulgated under the authority delegated it by Congress is 'reasonable' it is 'binding [o]n the courts unless procedurally defective, arbitrary or capricious in substance, or manifestly contrary to the statute.'" *Wheatland Tube Co. v. United States*, 495 F.3d 1355, 1360 (Fed. Cir. 2007) (alteration in original) (quoting Chevron, 467 U.S. at 844; Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D)). *Ningbo Dafa Chem. Fiber Co. v. United States*, 580 F.3d 1247, 1253-1254 (Fed.Cir., 2009).

12. The Department's decision in this case is arbitrary or capricious and not supported by substantial evidence on the record:

   a) All atoms are made up of protons, neutrons, and electrons.

   b) "Atomic mass" is the mass of an atom of a chemical element expressed in atomic mass units. It is approximately equivalent to the number of protons and neutrons in the atom or to the average number allowing for the relative abundance of different isotopes.

   c) The atomic mass of $^{14}N$ is 14.003074 grams per mole.

  d) The atomic mass of $^{15}N$ is 15.000109 grams per mole

  e) The atomic mass of N is 14.0067 grams per mole

  f) An isotope is one of two or more types of atoms of a chemical element (in this case nitrogen) with the same number of protons but with different numbers of neutrons and therefore different atomic masses.

  g) Nitrogen-14 (N) has 7 protons, 7 neutrons, and 7 electrons and makes up approximately 99.636% of "native" or "unlabeled" nitrogen in Earth's atmosphere.

  h) Nitrogen-15 ($^{15}N$) isotope has 7 protons, <u>8 neutrons</u>, and 7 electrons and makes up the remaining 0.364% of unlabeled nitrogen in Earth's atmosphere.

  i) Ammonia is a chemical compound made up of 2 elements, namely nitrogen and hydrogen in a ratio.

  j) Ammonium sulfate is made up of two ammonium ions, $NH_4^+$ ionically bonded to a single sulfate ion $SO_4^{-2}$, represented by the electrically balanced formula, $(NH_4)_2SO_4$,

  k) The nitrogen in (NH4)2SO4 is 14N, with trace amounts of 15N.

  13. The order explicitly identifies the scope of the order as applying to Ammonium sulfate that has the chemical formula of $(NH_4)_2SO_4$.

  14. The merchandise subject to the instant scope determination has a different chemical structure than the Ammonium sulfate that is the subject of the Orders referenced herein.

  15. The term in the order "all physical forms" refers to the three states of matter: solid;

liquid or gas, and not the chemical composition, as mistakenly interpreted by Commerce.

16. Cambridge's enriched 99% pure $^{15}$N Ammonium Sulfate is chemically different from the Ammonium sulfate that has the chemical formula of $(NH_4)_2SO_4$ that is the subject of the scope ruling because the nitrogen in the chemical formula of $(NH_4)_2SO_4$ is Nitrogen-14, with trace amounts of 15N.

17. The CAS registry number for enriched $^{15}$N Ammonium sulfate, which has a molecular weight of 134.13g/mol ($(^{15}NH_4)_2SO_4$,) is CAS# 43086-58-4.

18. The Chemical Abstracts Service (CAS) registry number for ammonium sulfate, which is the subject of the order, which has a molecular weight of 132.14 g/mol is specifically identified in that order by CAS# 7783–20–2, as $(NH_4)_2SO_4$.

19. This additional mass of 99% enriched $^{15}$N Ammonium Sulfate is exploited when used in mass spectrometry, an analytical tool useful for measuring the mass-to-charge ratio of ions. Such measurements can often be used to calculate the exact molecular weight of the samples being assessed.

20. The labeling of nitrogen species with 15N, associated with mass spectrometry, is used as a trace to monitor nitrogen compounds, as in research of plant and animal metabolism.

21. Cambridge's 99% enriched $^{15}$N Ammonium sulfate has a heavier atomic mass than $(NH_4)_2SO_4$ owing to the additional neutron and thus is outside the scope of the order.

22. The plain and unambiguous language used in the scope description clearly and unequivocally excludes CIL's $^{15}$N Ammonium sulfate ($(^{15}NH_4)_2SO_4$) because it (a) has a different molecular weight, and (b) it has a different CAS number, evidencing the Department's intent to

include only Ammonium sulfate $(NH_4)_2SO_4$, within the scope of the order.

## COUNT TWO

23. Paragraphs 1 through 21 are adopted and incorporated herein by reference.

24. The language of the scope description is ambiguous because the language "Ammonium sulfate … has the chemical formula (NH4)2SO4 is conflicting and equivocal with the language "The merchandise covered by these orders is ammonium sulfate in all physical forms" upon which the department relies.

25. If the terms of the order are either ambiguous or <u>reasonably subject to interpretation</u>, Commerce is to take into account the descriptions of the merchandise contained in the petition, the initial investigation, and prior determinations of Commerce (including prior scope determinations) and the International Trade Commission. 19 C.F.R. § 351.225(k)(1).

26. To be dispositive, the § 351.225(k)(1) sources must be controlling of the scope inquiry in the sense that they definitively answer the scope question.

27. Taking into account the descriptions of the merchandise contained in the petition, the initial investigation, and prior determinations of Commerce (including prior scope determinations) and the International Trade Commission, it is clear that Cambridge's enriched 99% pure 15N Ammonium Sulfate is excluded from the scope of the Antidumping and Countervailing Duty Orders.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that the Court:

(a) enter judgment in its favor;

(b) declare with respect to the issues raised in this Complaint that the Scope Ruling is unsupported by substantial evidence and is otherwise not in accordance with law;

(c) remand this matter to the Department with instructions to issue a determination that

15. Cambridge's enriched 99% pure 15N Ammonium Sulfate is excluded from the scope of the Antidumping and Countervailing Duty Orders; and

(d) provide such other relief as the Court deems just and proper.

Respectfully Submitted,

*/s/ George R. Tuttle, III*
George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Suite 310
San Rafael, CA
Direct: (415) 288-0428
Firm: (415) 986-8780
Email: george.tuttle.iii@tuttlelaw.com
*Counsel to Plaintiff Cambridge Isotope Laboratories, Inc.*

Date: April 28 , 2023

{0190070.DOCX;1}

# Certificate of Service

I, George R. Tuttle, III, counsel for Plaintiff, Cambridge Isotope Laboratories, Inc., certify that on April 28, 2023, a copy of the foregoing Complaint was served on the counsel to defendant in this matter, and pursuant to Rule 3(f) of the Rules of the United States Court of International Trade, on the following interested parties to the challenged determination, *Antidumping Duty and Countervailing Duty Orders on Ammonium Sulfate from the People's Republic of China: Final Scope Ruling on Cambridge Isotope Laboratories, Inc. $^{15}N$ Enriched Ammonium Sulfate*, by being placed in the U.S. Mail, certified, return-receipt requested, first class postage pre-paid and addressed as follows:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, New York  10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20229

General Counsel
Office of the General Counsel
U.S. Department of Commerce
Room 5870
14th & Constitution Ave., N.W.
Washington, D.C. 20230

Stephen J. Orava, Esq.
Committee for Fair Trade in Ammonium Sulfate
King & Spalding
1700 Pennsylvania Avenue, NW
Washington, D.C.  20006-4706

Dated:  April 28, 2023            /s/ George R. Tuttle, III
                                                                           George R. Tuttle, III
                                                                           Law Offices of George R. Tuttle, A P.C.
                                                                           3950 Civic Center Drive, Ste. 310
                                                                           San Rafael, CA 94903