

George R. Tuttle, III
(415) 288-0428
Geo@tuttlelaw.com

Tuttle Law Offices
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
tuttlelaw.com

August 30, 2023

FILE REFERENCE NO. 3642

The Honorable M. Miller Baker
United States Court of International Trade
One Federal Plaza
New York, New York

RE:   Cambridge Isotope Laboratories Inc.
      Court No. 23-00080 – Filing of Changed Circumstances Review

To the Honorable Judge Baker:

In accordance with the Order of July 18, 2023 (ECF 18), Plaintiff wishes to advise the Court that Cambridge Isotope Laboratories filed, on August 29, 2023, a request with the Department of Commerce for the initiation of a Changed Circumstances Review. For the Court's reference, copies of the filing confirmations are attached (the filing barcode 4424302 (case A-570-049) and 4424303 (case C-570-050).

Very truly yours,

By:   /s/ George R. Tuttle III
      George R. Tuttle III
      Attorney for Plaintiff
         Cambridge Isotope Laboratories Inc.

cc:   Eric J. Singley, Esq.
      Ruslan N. Klafehn, Esq.
      U.S. Dept of Justice

4863-2876-3005, v. 1

 Official Website of the International Trade Administration   Here's how you know



# Confirmation of Electronic Submission

**Case & Segment Info:**

Bar Code:  **4424302**

Case Number:  A-570-049

Case Title:  Ammonium Sulfate From People Republic of China

Case Segment:  CCR - Changed Circumstances

Segment Begin Date:

Segment End Date:

Segment Specific Information:  Request New Segment

**Document Info:**

Security Classification:  Public Document

Document Type:  Letter

Filed On Behalf Of (collective entity):  Cambridge Isotope Laboratories Inc.

Manual Submission:  No

Comments:   Changed circumstance review on enriched 15N ammonium sulfate isotope

| Barcode: | Document Title - Document (Page Count): |
|---|---|
| 4424302-01 | Cambridge Changed Circumstance Review A-570-049 - Cambridge Changed Circumstance.pdf (49) |

**Submitter Info:**

Filed By:  geo@tuttlelaw.com

Firm/Organization Name:  Law Offices of George R. Tuttle

Filed Date-Time Stamp:  8/29/2023 4:59:35 PM

**NOTE:**

E-File Similar Submission: Use this feature to generate a new barcode for a new submission.

Add More Files: Use this feature to retain the same barcode for all parts of the submission.



# Confirmation of Electronic Submission

**Case & Segment Info:**

Bar Code: **4424303**

Case Number: C-570-050

Case Title: Ammonium Sulfate From People Republic of China

Case Segment: CCR - Changed Circumstances

Segment Begin Date:

Segment End Date:

Segment Specific Information: Request New Segment

**Document Info:**

Security Classification: Public Document

Document Type: Letter

Filed On Behalf Of (collective entity): Cambridge Isotope Laboratories Inc.

Manual Submission: No

Comments: Changed circumstance review on enriched 15N ammonium sulfate isotope

| Barcode: | Document Title - Document (Page Count): |
|---|---|
| 4424303-01 | Cambridge Changed Circumstance Review C-570-050 - Cambridge Changed Circumstance.pdf (49) |

**Submitter Info:**

Filed By: geo@tuttlelaw.com

Firm/Organization Name: Law Offices of George R. Tuttle

Filed Date-Time Stamp: 8/29/2023 5:00:58 PM

**NOTE:**

E-File Similar Submission: Use this feature to generate a new barcode for a new submission.

Add More Files: Use this feature to retain the same barcode for all parts of the submission.