UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: M. MILLER BAKER, JUDGE

_____
                                      )
CAMBRIDGE ISOTOPE                     )
LABORATORIES INC.,                    )
                                      )
        Plaintiff,                  )
                                      )
                                      )  Court No. 23-00080
                                      )
  v.                                  )
                                      )
UNITED STATES,                        )
                                      )
        Defendant.                  )
                                      )
_____)

# ORDER

The court has reviewed the parties' second joint status report and Plaintiff's request for an extension of the stay for an additional 45 days, and, based on Plaintiff's representation that it is continuing its discussion with Petitioners for the Domestic Industry for a partial revocation of the AD/CVD Orders on Ammonium Sulfide from China for the *Enriched $^{15}N$ Ammonium Sulfide* in question, and its representation of its intent to file a second changed circumstances petition with the Department of Commerce on or before December 11, 2023, the court **ORDERS** as follows:

    1.    This case is **STAYED** through December 11, 2023.

Court No. 23-00080
Page 2 of 2

    2.  If Plaintiff notifies the court on or before December 11, 2023, of its filing of a changed circumstances petition, the stay shall be extended pending further order of the court.

    3.  Within 14 days of Commerce's final resolution of Plaintiff's petition, the parties shall file a joint status report and briefing schedule as necessary.

    4.  If Plaintiff does not timely notify the court of its filing of a changed circumstances petition, the parties shall file a joint status report and proposed briefing schedule by December 26, 2023.

Date:   October 30, 2023                             /s/ *M. Miller Baker*
          New York, New York                    M. Miller Baker, Judge