

George R. Tuttle, III
(415) 288-0428
Geo@tuttlelaw.com

Tuttle Law Offices
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
tuttlelaw.com

April 9, 2024

FILE REFERENCE NO. 3642

The Honorable M. Miller Baker
United States Court of International Trade
One Federal Plaza
New York, New York

RE: Cambridge Isotope Laboratories Inc.
Court No. 23-00080 – Filing of Changed Circumstances Review

Dear Judge Baker:

In accordance with the Court's Order of March 11, 2024 (ECF 29), Plaintiff is informing the Court that following further consultations with counsel for Petitioners, the Committee for Fair Trade in Ammonium Sulfate, it has filed, on April 9, 2024, a new request with the Department of Commerce for the initiation of a Changed Circumstances Review (CCR). For the Court's reference, copies of the filing confirmations are attached (the filing barcode 4540739 (case A-570-049) and 4540740 (case C-570-050). Plaintiff requests that the stay of proceedings in this matter be continued pending the conclusion of the CCR request.

Very truly yours,

By: /s/ George R. Tuttle III
George R. Tuttle III
Attorney for Plaintiff
Cambridge Isotope Laboratories Inc.

Attachments

cc:   Alison S. Vicks, Esq.
      Eric J. Singley, Esq.
      Ruslan N. Klafehn, Esq.

4879-8939-9732, v. 1

 Official Website of the International Trade Administration   Here's how you know

# Confirmation of Electronic Submission

## Case & Segment Info:

Bar Code: **4540739**

Case Number: **A-570-049**

Case Title: **Ammonium Sulfate From People Republic of China**

Case Segment: CCR - Changed Circumstances

Segment Begin Date:

Segment End Date:

Segment Specific Information: Cambridge - Enriched N ammonium sulfate

## Document Info:

Security Classification: Public Document

Document Type: Letter

Filed On Behalf Of (collective entity): Cambridge Isotope Laboratories

Manual Submission: No

Comments:

| Barcode: | Document Title - Document (Page Count): |
|---|---|
| 4540739-01 | Cambridge Changed Circumstances Filed April 9 2024 - Cambridge Change Circumstance Review filed Apr 9 2024.pdf (24) |

## Submitter Info:

Filed By: geo@tuttlelaw.com

Firm/Organization Name: Law Offices of George R. Tuttle

Filed Date-Time Stamp: 4/9/2024 3:23:46 PM

**NOTE:**

**E-File Similar Submission: Use this feature to generate a new barcode for a new submission.**

**Add More Files: Use this feature to retain the same barcode for all parts of the submission.**

 Official Website of the International Trade Administration   Here's how you know

# Confirmation of Electronic Submission

## Case & Segment Info:

Bar Code: **4540740**

Case Number: C-570-050

Case Title: Ammonium Sulfate From People Republic of China

Case Segment: CCR - Changed Circumstances

Segment Begin Date:

Segment End Date:

Segment Specific Information: Cambridge - Enriched N ammonium sulfate

## Document Info:

Security Classification: Public Document

Document Type: Letter

Filed On Behalf Of (collective entity): Cambridge Isotope Laboratories

Manual Submission: No

Comments:

| Barcode: | Document Title - Document (Page Count): |
|---|---|
| 4540740-01 | Cambridge Changed Circumstances Filed April 9 2024 - Cambridge Change Circumstance Review filed Apr 9 2024.pdf (24) |

## Submitter Info:

Filed By: geo@tuttlelaw.com

Firm/Organization Name: Law Offices of George R. Tuttle

Filed Date-Time Stamp: 4/9/2024 3:24:30 PM

**NOTE:**

**E-File Similar Submission: Use this feature to generate a new barcode for a new submission.**

**Add More Files: Use this feature to retain the same barcode for all parts of the submission.**