**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

July 9, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:    Redetermination Pursuant to Court Remand Order in
       *Cambridge Isotope Laboratories, Inc. v. United States*, Court No. 23-00080

Dear Ms. Justice:

       Pursuant to the Court's order of March 11, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

       In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (240) 956-8573.

                              Respectfully submitted,


                              /s Justin Merhar
                              JUSTIN MERHAR
                              Attorney
                              Office of the Chief Counsel
                                 for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
July 9, 2026
Page 2


cc:


Isabelle Aubrun
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: isabelle.aubrun2@usdoj.gov


George R. Tuttle , III
Law Offices of George R. Tuttle, A.P.C.
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
Email: george.tuttle.iii@tuttlelaw.com