# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| CAMBRIDGE ISOTOPE LABORATORIES, INC.,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br>    *Defendant*. | Ct. No. 23-00080-MMB |

## ORDER

As reflected in the parties' proposed briefing schedule (ECF 58) and confirmed in today's status conference, Plaintiff supports the Department of Commerce's remand results. The court therefore sustains them. *See* 28 U.S.C. § 2639(a)(1) (providing that in 19 U.S.C. § 1516a actions, such as this case, the agency's decision "is presumed to be correct" unless the party challenging it proves otherwise).[1]

| | | |
|---|---|---|
| Dated: | August 12, 2026<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |

---

[1] The court cannot help but note that the parties' joint status report proposes the filing of two sets of remand comments (of up to 3,000 words each) and a joint appendix just to say they agree with each other. "While this harmony is heartwarming and even (since it reduces the . . . length of briefs) environmentally sound," *Cardinal Chem. Co. v. Morton Int'l, Inc.*, 508 U.S. 83, 104 (1993) (Scalia, J., concurring in part), such an exercise would be pointless busywork.