**UNITED STATES COURT OF INTERNATIONAL TRADE**

| CAMBRIDGE ISOTOPE LABORATORIES, INC., *Plaintiff*, v. UNITED STATES, *Defendant*. | Ct. No. 23-00080-MMB |

**JUDGMENT**

For the reasons stated in the accompanying order entered today (ECF 62), the court sustains the Department of Commerce's redetermination (ECF 55).

Dated:    August 12, 2026          /s/ *M. Miller Baker*
          New York, New York       M. Miller Baker, Judge